■ DEANNA L. SNYDER, Respondent, v SUSAN ABRAMS et al., Appellants. [626 NYS2d 713] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendants' motion to dismiss plaintiff's action on the ground that the court lacked subject matter jurisdiction. Plaintiff's action is within the contemplation of 25 USC § 233 and Indian Law § 5, which give State courts jurisdiction over private civil litigation between Indians to the same extent as courts have jurisdiction in other civil actions and proceedings *(see, People v*

*Anderson,* 137 AD2d 259, 270; *Oneida Indian Nation v Burr,* 132 AD2d 402; *Matter of Jimerson v Halftown Estate,* 22 AD2d 417). (Appeals from Order of Supreme Court, Erie County, Flaherty, J.—Dismiss Complaint.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.